IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODNEY FUENTES,

    Plaintiff,

v.                                                        Case No.: _____

ERGO GENISES LLC,

    Defendant.

## NOTICE OF REMOVAL

COMES NOW Defendant ErgoGenesis Workplace Solutions, LLC, incorrectly identified in the Complaint as Ergo Genises LLC, by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP (Gregory L. Biehler), and pursuant to the provisions of 28 U.S.C. §1441, hereby removes Cause Number D-202-CV-2020-03019, filed in the Second Judicial District Court for the County of Bernalillo, State of New Mexico.  As grounds for removal, Defendants state the following:

    **I.**    **INTRODUCTION AND BACKGROUND**

1.  On May 11, 2020, Plaintiff filed his Complaint for damages alleging defective product, strict products liability, failure to warn, and negligence.

2.  Pursuant to 28 U.S.C. § 1446(b) this Notice of Removal is timely as the Complaint was delivered to Defendant by the United States Postal Service on May 30, 2020 (*see* Exhibit A, USPS Proof of Delivery).

3.  Pursuant to 28 .S.C. § 1332, this action is removable as the amount in controversy exceeds seventy-five thousand dollars ($75,000), based upon Plaintiff's surgery and chronic pain to his left wrist, elbow and shoulder, and allegations of severe chronic pain for a least two years

since 2017 with wage losses since December of 2017; and because there is complete diversity of citizenship of the parties.

**Diversity of Citizenship Exists Between the Parties**

4. Plaintiff is a resident of the State of New Mexico. *Paragraph 1 of Complaint*.

5. ErgoGenesis Workplace Solutions, LLC is a limited liability company domiciled in the state of Texas with none its members being residents of the state of New Mexico.

6. Attached hereto as Exhibit B are the pleadings filed to date in the state court action:

Complaint, filed May 11, 2020;
Arbitration Certificate, filed May 11, 2020; and
Return of Summons, filed June 10, 2020.

WHEREFORE, Defendant ErgoGenesis Workplace Solutions, LLC gives notice that the above-entitled action is removed from the State of New Mexico Second Judicial District Court to this Court.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Gregory L. Biehler*
    Gregory L. Biehler
    *Attorneys for Defendant*
    8801 Horizon Blvd NE, Suite 300
    Albuquerque, NM 87113
    Phone: (505) 828-3600
    Greg. Biehler@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing was e-mailed to counsel for Plaintiff this 29th day of June, 2020 as follows:

Narciso Garcia, Jr.
Attorney for Plaintiff
2033 San Mateo Blvd. NE
Albuquerque, NM  87110
505-265-5010
narcisolaw@aol.com


*/s/ Gregory L. Biehler*
Gregory L. Biehler